Michael Dore, Esq.
**LOWENSTEIN SANDLER PC**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
mdore@lowenstein.com

*Attorneys for Defendant Austin B. Sayre, Jr.*

DOCUMENT ELECTRONICALLY FILED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MORGAN ADVANCED CERAMICS, INC.<br><br>Plaintiff,<br><br>v.<br><br>AUSTIN B. SAYRE, JR., F. STUART SAYRE, PETER ROZEMA, STEPHEN L. BARTHOLOMEW, SYLVIA BOVEROUX, GEORGE LEONARD BOVEROUX, JR., INDIVIDUALLY AND AS CO-TRUSTEE FOR G. LEONHARD BOVEROUX TRUST, MARGARET K. HASENOEHRL, ELIZABETH REICH, ANNE S. LOUGHLIN, ANNE R. SAYRE, AUSTIN B. SAYRE, III, FORD KENT SAYRE, GEORGE P. SAYRE, LEE S. DEROSA, PETER H. SAYRE, ROBERT H. SAYRE, WILLIAM H. SAYRE, MARGARET S. WIEDERHOLD, FREDERICK S. HASENOEHRL, MARGARET L. MARSHALL, FORD K. BOVEROUX, BROOKS BOVEROUX, INDIVIDUALLY AND AS TRUSTEE FOR BROOKS PARKER BOVEROUX AND LISA NOEL BOVEROUX, LEE STUART SAYRE, ELIZABETH S. BOVEROUX, RALPH B. BRISTOL, JR., MELLON BANK (EAST) N.A. AS TRUSTEE UNDER WILL OF WILLIAM H. SAYRE (DECEASED), BROOKS PARKER BOVEROUX AND LISA NOEL BOVEROUX,<br><br>Defendants. | Civil Action No. 2:07-cv-04761 (SDW) (MCA)<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT** |

-2-

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that the time within which all Defendants may answer, move, or otherwise respond to the Complaint in the above-captioned matter is hereby extended from December 19, 2007 to January 18, 2008.

Dated: December 18, 2007

| COUGHLIN DUFFY LLP | LOWENSTEIN SANDLER PC |
|---|---|
| By: /s/ William J. Hoffman | By: /s/ Michael Doré |
| William J. Hoffman, Esq. | Michael Doré, Esq. |
| Coughlin Duffy LLP | Lowenstein Sandler PC |
| 350 Mount Kemble Avenue | 65 Livingston Avenue |
| Morristown, New Jersey  07960-1917 | Roseland, New Jersey  07068 |
| 973.267.0058 | 973.597.2500 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Morgan Advanced Ceramics, Inc.* | *Austin B. Sayre, Jr.* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2007

_____
Hon. Susan B. Wigenton