Michael Dore, Esq.
**LOWENSTEIN SANDLER PC**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
mdore@lowenstein.com

DOCUMENT ELECTRONICALLY FILED

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MORGAN ADVANCED CERAMICS, INC.<br><br>      Plaintiff,<br><br>      v.<br><br>AUSTIN B. SAYRE, JR., F. STUART SAYRE, PETER ROZEMA, STEPHEN L. BARTHOLOMEW, SYLVIA BOVEROUX, GEORGE LEONARD BOVEROUX, JR., INDIVIDUALLY AND AS CO-TRUSTEE FOR G. LEONHARD BOVEROUX TRUST, MARGARET K. HASENOEHRL, ELIZABETH REICH, ANNE S. LOUGHLIN, ANNE R. SAYRE, AUSTIN B. SAYRE, III, FORD KENT SAYRE, GEORGE P. SAYRE, LEE S. DEROSA, PETER H. SAYRE, ROBERT H. SAYRE, WILLIAM H. SAYRE, MARGARET S. WIEDERHOLD, FREDERICK S. HASENOEHRL, MARGARET L. MARSHALL, FORD K. BOVEROUX, BROOKS BOVEROUX, INDIVIDUALLY AND AS TRUSTEE FOR BROOKS PARKER BOVEROUX AND LISA NOEL BOVEROUX, LEE STUART SAYRE, ELIZABETH S. BOVEROUX, RALPH B. BRISTOL, JR., MELLON BANK (EAST) N.A. AS TRUSTEE UNDER WILL OF WILLIAM H. SAYRE (DECEASED), BROOKS PARKER BOVEROUX AND LISA NOEL BOVEROUX,<br><br>      Defendants. | Civil Action No. 2:07-cv-04761 (SDW) (MCA)<br><br>**NOTICE OF APPEARANCE** |

  **PLEASE TAKE NOTICE** that Michael Dore, Esq. of Lowenstein Sandler PC, with offices located at 65 Livingston Avenue, Roseland, New Jersey 07068, hereby appears on behalf of Defendants Austin B. Sayre, Jr., Peter Rozema, and F.Stuart Sayre

A4251/9
01/17/2008 4515797.1

-2-

(for Counts II and III of the Complaint only); and George L. Boveroux, Jr.; Margaret Hasenoerhl; Elizabeth Reich; Anne S. Loughlin; Anne R. Sayre; Austin B. Sayre, III; Ford Kent Sayre; Lee DeRosa; Peter H. Sayre; Robert H. Sayre; Margaret Wiederhold; F. Kent Boveroux (incorrectly captioned as Ford K. Boveroux); Brooks Boveroux; Lee Sayre Overton (formerly known as Lee Stuart Sayre); Elizabeth S. Boveroux; Ralph Bristol; Brooks Parker Boveroux; and Lisa Noel Boveroux. All pleadings, future correspondence, and other documents related to the case should be forwarded to the undersigned.

**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, NJ 07068

By: _____
Michael Doré

Dated: January 17, 2008