NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

MORGAN ADVANCED CERAMICS, INC.,

   Plaintiff,

 v.

AUSTIN B. SAYRE, JR., ET AL.,

   Defendants.

Civil Action No. 07-4761(SDW)

ORDER

March 7, 2008

**WIGENTON, District Judge**

  Based on this Court's review of the case and Motions to Stay Litigation and Compel Arbitration[1] and to Dismiss Count I of the Complaint,[2] we believe that this case would benefit from a settlement conference with Judge Madeline Cox Arleo, U.S.M.J.  As such, the parties will appear before Judge Arleo for a settlement conference, and said Motions are terminated.  If the parties do not settle this case, counsel are permitted to re-file said Motions.

  **SO ORDERED**.

              **S/SUSAN D. WIGENTON, U.S.D.J.**

cc: Judge Madeline Cox Arleo, U.S.M.J.

---

[1] This Motion appears at docket entry 14.

[2] These Motions appear at docket entry 15 and 16.