Michael Dore, Esq.
**LOWENSTEIN SANDLER PC**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
mdore@lowenstein.com
*Attorneys for Defendants*
*Austin B. Sayre, Jr.; Peter Rozema; and F. Stuart Sayre (for Counts II and III of the Complaint only); George L. Boveroux, Jr.; Margaret Hasenoerhl; Elizabeth Reich; Anne S. Loughlin; Austin B. Sayre, III; Ford Kent Sayre; Lee DeRosa; Peter H. Sayre; Robert H. Sayre; Margaret Wiederhold; F. Kent Boveroux (incorrectly captioned as Ford K. Boveroux); Brooks Boveroux; Lee Sayre Overton (formerly known as Lee Stuart Sayre); Elizabeth S. Boveroux; Ralph Bristol; Brooks Parker Boveroux; and Lisa Noel Boveroux*

DOCUMENT ELECTRONICALLY FILED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MORGAN ADVANCED CERAMICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AUSTIN B. SAYRE, JR., F. STUART SAYRE, PETER ROZEMA, STEPHEN L. BARTHOLOMEW, SYLVIA BOVEROUX, GEORGE LEONARD BOVEROUX, JR., INDIVIDUALLY AND AS CO-TRUSTEE FOR G. LEONHARD BOVEROUX TRUST, MARGARET K. HASENOEHRL, ELIZABETH REICH, ANNE S. LOUGHLIN, ANNE R. SAYRE, AUSTIN B. SAYRE, III, FORD KENT SAYRE, GEORGE P. SAYRE, LEE S. DEROSA, PETER H. SAYRE, ROBERT H. SAYRE, WILLIAM H. SAYRE, MARGARET S. WIEDERHOLD, FREDERICK S. HASENOEHRL, MARGARET L. MARSHALL, FORD K. BOVEROUX, BROOKS BOVEROUX, INDIVIDUALLY AND AS TRUSTEE FOR BROOKS PARKER BOVEROUX AND LISA NOEL BOVEROUX, LEE STUART SAYRE, ELIZABETH S. BOVEROUX, RALPH B. BRISTOL, JR., MELLON BANK (EAST) N.A. AS TRUSTEE UNDER WILL OF WILLIAM H. SAYRE (DECEASED), BROOKS PARKER BOVEROUX AND LISA NOEL BOVEROUX, <br><br> Defendants. | Civil Action No. 2:07-cv-04761 (SDW) (MCA) <br><br> **CONSENT ORDER PERMITTING SHAREHOLDER DEFENDANTS TO FILE THIRD PARTY COMPLAINT** |

A4251/9
05/29/2009 11769463.1

|  |
|---|
| AUSTIN B. SAYRE, JR., F. STUART SAYRE, PETER ROZEMA, GEORGE LEONARD BOVEROUX, JR., MARGARET K. HASENOEHRL, ELIZABETH REICH, ANNE S. LOUGHLIN, AUSTIN B. SAYRE, III, FORD KENT SAYRE, LEE S. DEROSA, PETER H. SAYRE, ROBERT H. SAYRE, MARGARET S. WIEDERHOLD, FORD K. BOVEROUX, BROOKS BOVEROUX, INDIVIDUALLY AND AS TRUSTEE FOR BROOKS PARKER BOVEROUX AND LISA NOEL BOVEROUX, LEE STUART SAYRE, ELIZABETH S. BOVEROUX, RALPH B. BRISTOL, JR., BROOKS PARKER BOVEROUX AND LISA NOEL BOVEROUX, <br><br>                Defendants/Third-Party Plaintiffs, <br><br>        v. <br><br>CENTURY INDEMNITY COMPANY, CCI INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, AIG TECHNICAL SERVICES, INC., AND INSUANCE COMPANY OF THE STATE OF PENNSYLVANIA, <br><br>                Third-Party Defendants. |

**WHEREAS,** paragraph 2 of the Pretrial Schedule Order in this case provides that "any motion to amend pleadings must be filed not later than June 1, 2009".

**WHEREAS,** all parties have consented to the filing of the attached Third Party Complaint.

**NOW THEREFORE,** the Shareholder defendants are hereby authorized to file and serve the attached Third Party Complaint. *Service shall be effectuated by June 14-2009*

**SO ORDERED,**

_____
Hon. Madeline Cox Arleo, U.S.M.J.

-2-