IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| MORGAN ADVANCED CERAMICS, | : | |
| | : | |
| Plaintiff(s), | : | Civil No.  07-4761 (SDW) |
| v. | : | |
| AUSTIN B. SAYRE, JR., | : | |
| | : | **ORDER OF REFERENCE** |
| Defendant(s) | : | **TO MEDIATION** |
| | : | |

The District Court for the District of New Jersey having adopted Local Civil Rule 301.1
establishing a program for mediation of complex civil actions, as well as any other civil action with
consent of all parties and the District or Magistrate Judge; it appearing that mediation would
conserve the resources and be in the best interests of the Court and the parties; and the parties having
requested a stay so that they can participate in mediation;

**IT IS on this 9th day of October, 2009;**

**ORDERED**, that:

1.    This civil action be and it is hereby referred to mediation by consent of the parties,

     consistent with Local Rule 301.1;

2.    Counsel and the parties shall participate in mediation and shall cooperate with the

     mediator, of their choice, Honorable Stewart Pollock;

3.    Counsel and the parties (including individuals with settlement authority) shall attend

     mediation sessions as requested by the mediator;

4.      The mediator may meet with counsel and parties jointly or <u>ex</u> <u>parte</u>.  All information presented to the mediator shall be deemed confidential, unless requested otherwise, and shall not be disclosed by any one, including the mediator, without consent, except as necessary to advise the court of an apparent failure to participate.  The mediator shall not be subject to subpoena by any party.  No statements made or documents prepared for mediation shall be disclosed in any subsequent proceeding or construed as an admission;

5.      All proceedings (including motion practice and discovery) are hereby stayed for a period of SIXTY (60) days.

6.      In the event Mediation is unsuccessful, there shall be a **Status/Scheduling Conference conducted on Monday, December 7, 2009 at 3:00 p.m.**


                                                    _s/Madeline Cox Arleo_____
                                                    MADELINE COX ARLEO
                                                    United States Magistrate Judge


cc:     Deputy Clerk
        Carol Coleman, Arbitration Clerk
        File