IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

MORGAN ADVANCED CERAMICS, INC.

    Plaintiff,

v.

AUSTIN B. SAYRE, JR., et al.,

    Defendants.

CIVIL ACTION FILE NO.
2:07-cv-04761 (SDW)

## SHAREHOLDER DEFENDANTS' STIPULATION OF DISMISSAL OF COUNTERCLAIMS WITH PREJUDICE

COME NOW Defendants Austin B. Sayre, Jr., F. Stuart Sayre, Peter Rozema, George Leonard Boveroux, Jr., Margaret K. Hasenoehrl, Elizabeth Reich, Anne S. Loughlin, Austin B. Sayre, III, Ford Kent Sayre, Lee S. Derosa, Peter H. Sayre, Robert H. Sayre, Margaret W. Wiederhold, F. Kent Boveroux, Brooks Boveroux, Lee Stuart Sayre Overton, Elizabeth S. Boveroux, Ralph B. Bristol, Jr., Brooks Parker Boveroux, Lisa Noel Boveroux (collectively, "Defendants"), and pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Local Rules of this Court, stipulate that Defendants hereby Dismiss With Prejudice their counterclaims, and each of them, against Plaintiff Morgan Advanced Ceramics, Inc. in the above-styled action.

Respectfully submitted this 8th day of April, 2010.

| FOR PLAINTIFF: | FOR SHAREHOLDER DEFENDANTS AUSTIN B. SAYRE, JR., F. STUART SAYRE, PETER ROZEMA, GEORGE LEONARD BOVEROUX, JR., MARGARET K. HASENOEHRL, ELIZABETH REICH, ANNE S. LOUGHLIN, AUSTIN B. SAYRE, III, FORD KENT SAYRE, LEE S. DEROSA, PETER H. SAYRE, ROBERT H. SAYRE, MARGARET W. WIEDERHOLD, F. KENT BOVEROUX, BROOKS BOVEROUX, LEE STUART SAYRE OVERTON, ELIZABETH S. BOVEROUX, RALPH B. BRISTOL, JR., BROOKS PARKER BOVEROUX, AND LISA NOEL BOVEROUX: |

s/ Robert W. Muilenburg
Robert W. Muilenburg
Kevin T. Coughlin

**COUGHLIN DUFFY LLP**
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07960-1917
(973) 267-0058

Of counsel:
Stephen E. O'Day
Georgia Bar No. 549337
Andrew M. Thompson
Georgia Bar No. 707319
Christopher J. Bowers
Georgia Bar No. 071507
**SMITH, GAMBRELL & RUSSELL, LLP**
Suite 3100, Promenade II
1230 Peachtree Street, NE
Atlanta, Georgia 30309-3592
(404) 815-3500

s/ Michael Dore
Michael Dore

**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, NJ 07068-1791

| | |
|---|---|
| **FOR DEFENDANTS AUSTIN B. SAYRE, JR. AND F. STUART SAYRE:**<br><br>s/ Martha N. Donovan<br>Martha N. Donovan<br><br>**NORRIS, MCLAUGHLIN & MARCUS, PA**<br>721 Route 202-206<br>P.O. Box 1018<br>Somerville, NJ 08876-1018 | **FOR DEFENDANT PETER ROZEMA:**<br><br>s/ David Paul Schneider<br>David Paul Schneider<br>Karen E. Murphy<br>Smit N. Kapadia<br><br>**BRESSLER, AMERY & ROSS, PC**<br>325 Columbia Turnpike<br>Florham Park, NJ 07932 |
| **FOR DEFENDANT BNY MELLON, N.A.:**<br><br>s/ Mark S. Melodia<br>Mark S. Melodia<br>Diane A. Bettino<br><br>**REED SMITH LLP**<br>136 Main Street, Suite 250<br>P.O. Box 7839<br>Princeton, New Jersey 08543-7839<br>(609) 987-0050 | So Ordered/<br>this ___ day of _____ 2010<br><br>Susan D. Wigenton, U.S.D.J. |