IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

MORGAN ADVANCED CERAMICS, INC.

    Plaintiff,

v.

AUSTIN B. SAYRE, JR., et al.,

    Defendants.

CIVIL ACTION FILE NO.
2:07-cv-04761 (SDW)

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Morgan Advanced Ceramics, Inc. ("Morgan"), Defendants Austin B. Sayre, Jr., F. Stuart Sayre, Peter Rozema, George Leonard Boveroux, Jr., Margaret K. Hasenoehrl, Elizabeth Reich, Anne S. Loughlin, Austin B. Sayre, III, Ford Kent Sayre, Lee S. Derosa, Peter H. Sayre, Robert H. Sayre, Margaret W. Wiederhold, F. Kent Boveroux, Brooks Boveroux, Lee Stuart Sayre Overton, Elizabeth S. Boveroux, Ralph B. Bristol, Jr., Brooks Parker Boveroux, Lisa Noel Boveroux and BNY Mellon, N.A., f/k/a Mellon Bank, N.A. (collectively, "Defendants"), and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Local Rules of this Court, stipulate that Morgan hereby dismisses with prejudice its claims against Defendants in the above-styled action.

Respectfully submitted this 7th day of April, 2010.

| FOR PLAINTIFF: | FOR SHAREHOLDER DEFENDANTS AUSTIN B. SAYRE, JR., F. STUART SAYRE, PETER ROZEMA, GEORGE LEONARD BOVEROUX, JR., MARGARET K. HASENOEHRL, ELIZABETH REICH, ANNE S. LOUGHLIN, AUSTIN B. SAYRE, III, FORD KENT SAYRE, LEE S. DEROSA, PETER H. SAYRE, ROBERT H. SAYRE, MARGARET W. WIEDERHOLD, F. KENT BOVEROUX, BROOKS BOVEROUX, LEE STUART SAYRE OVERTON, ELIZABETH S. BOVEROUX, RALPH B. BRISTOL, JR., BROOKS PARKER BOVEROUX, AND LISA NOEL BOVEROUX: |
|---|---|

s/ William J. Hoffman
Robert W. Muilenburg
Kevin T. Coughlin
William J. Hoffman

**COUGHLIN DUFFY LLP**
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07960-1917
(973) 267-0058

Of counsel:
Stephen E. O'Day
Georgia Bar No. 549337
Andrew M. Thompson
Georgia Bar No. 707319
Christopher J. Bowers
Georgia Bar No. 071507
**SMITH, GAMBRELL & RUSSELL, LLP**
Suite 3100, Promenade II
1230 Peachtree Street, NE
Atlanta, Georgia 30309-3592
(404) 815-3500

s/ Michael Dore
Michael Dore

**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, NJ 07068-1791

| | |
|---|---|
| **FOR DEFENDANTS AUSTIN B. SAYRE, JR. AND F. STUART SAYRE:** | **FOR DEFENDANT PETER J. ROZEMA:** |
| s/ Martha N. Donovan | s/ David Paul Schneider |
| Martha N. Donovan | David Paul Schneider |
| **NORRIS, MCLAUGHLIN & MARCUS, PA** | Karen E. Murphy |
| 721 Route 202-206 | Smit N. Kapadia |
| P.O. Box 1018 | |
| Somerville, NJ 08876-1018 | **BRESSLER, AMERY & ROSS, PC** |
| | 325 Columbia Turnpike |
| | Florham Park, NJ 07932 |

**FOR DEFENDANT BNY MELLON, N.A.:**

/s Mark S. Melodia
Mark S. Melodia
Diane A. Bettino

**REED SMITH LLP**
136 Main Street, Suite 250
P.O. Box 7839
Princeton, New Jersey 08543-7839
(609) 987-0050

**So Ordered**
this 12th day of April 2010

Susan D. Wigenton, U.S.D.J.